1  LINDA M. LAWSON (Bar No. 77130)
   CATHERINE V. PERRY (Bar No. 222361)
2  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
3  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
4  Facsimile: (213) 625-1930

5  Attorneys for Defendant
   UNION SECURITY INSURANCE COMPANY,
6  formerly known as FORTIS BENEFITS
   INSURANCE COMPANY

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | LYNDA M. PERRY,                              ) Case No. 02:05-CV-00822-WBS
                                                  ) (DAD)
12 |        Plaintiff,                            )
                                                  ) STIPULATION TO CONTINUE
13 |   vs.                                        ) MOTION FILING CUT-OFF, PRE-
                                                  ) TRIAL CONFERENCE AND TRIAL
14 | FORTIS BENEFITS INSURANCE                    ) DATES TO COMPLETE
     COMPANY; GROUP LONG TERM                     ) MEDIATION; [PROPOSED] ORDER
15   DISABILITY INSURANCE PLAN OF                 )
     BJ JORDAN CHILD CARE                         ) Disc. Cutoff:    November 25, 2005
16   PROGRAMS, INC.,                              ) Motion Cutoff:   January 13, 2006
                                                  ) Pre-Trial Conf.: January 17, 2006
17 |        Defendants.                           ) Trial:           April 25, 2006
                                                  )
18                                                ) Judge: Hon. William B. Shubb
                                                  )
19 |_____              ) Complaint Filed: April 26, 2005

20       This Stipulation is made by and between plaintiff LYNDA M. PERRY

21  ("Plaintiff") and defendant UNION SECURITY INSURANCE COMPANY

22  ("USIC"), formerly known as FORTIS BENEFITS INSURANCE COMPANY, by

23  and through their respective attorneys of record.

24       WHEREAS, the Court has ordered the following pertinent dates in this

25  matter:

26       a.    Motion Filing Cut-Off:     January 13, 2006.

27       b.    Pre-Trial Conference:      January 17, 2006, at 10:00 a.m.

28       c.    Trial:                     April 25, 2006, at 9:00 a.m.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

70795.1                          1

STIPULATION TO CONTINUE MOTION
FILING CUT-OFF, PRE-TRIAL
CONFERENCE AND TRIAL DATES TO
COMPLETE MEDIATION

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties are actively engaged in good faith settlement
2 negotiations to resolve this matter and are scheduled to attend a private, voluntary
3 mediation with Ralph O. Williams III, Esq. of ADR Services, Inc., located at 1900
4 Avenue of the Stars, Suite 250, Los Angeles, California 90067, (310) 201-0010, on
5 January 26, 2006, the first date the parties, Mr. Williams and counsel are available
6 for mediation;

7  WHEREAS, the parties believe that an additional period of time will be
8 instrumental in enabling them to continue their settlement discussions, and the
9 parties wish to continue to focus their efforts and resources on settlement at this time
10 prior to incurring the attorneys' fees and costs required to prepare for the Pre-Trial
11 Conference and Trial;

12  WHEREAS, there have been no previous requests for or continuances of the
13 Motion Filing Cut-off, Pre-Trial Conference and Trial dates.  The parties are
14 diligently pursuing this matter, and this continuance is not sought for the purposes of
15 delay;

16  WHEREAS, for the foregoing reasons and other good cause, the parties
17 respectfully request an extension and continuance of approximately sixty (60) days
18 of the dates set by this Court, as follows:

19     a.    Motion Filing Cut-Off:    March 17, 2006.
20     b.    Pre-Trial Conference:    March 31, 2006, at 10:00 a.m.
21     c.    Trial:    June 27, 2006, at 9:00 a.m.
22

23  IT IS HEREBY STIPULATED by and between Plaintiff and USIC, through
24 their respective attorneys of record, that the above-mentioned continued dates are
25 acceptable and will permit sufficient time for counsel to continue settlement
26 discussions, allowing for a more meaningful attempt at resolution of this matter
27 through private mediation.
28 / / /

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

70795.1

2

STIPULATION TO CONTINUE MOTION
FILING CUT-OFF, PRE-TRIAL
CONFERENCE AND TRIAL DATES TO
COMPLETE MEDIATION

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS SO STIPULATED.

2

3  Dated: November _____, 2005          MESERVE, MUMPER & HUGHES LLP
                                        LINDA M. LAWSON
4                                       CATHERINE V. PERRY

5
                                        By: _____
6                                           Catherine V. Perry
                                            Attorneys for Defendant
7                                           UNION SECURITY INSURANCE
                                            COMPANY, formerly known as
8                                           FORTIS BENEFITS INSURANCE
                                            COMPANY
9

10  Dated: November _____, 2005         SHERNOFF, BIDART & DARRAS LLP
                                        FRANK DARRAS
11                                      MICHAEL HORROW

12
                                        By: _____
13                                          Michael Horrow
                                            Attorneys for Plaintiff
14                                          LYNDA M. PERRY

15

16                              **ORDER**

17      Pursuant to the foregoing stipulation of the parties and good cause appearing,

18      **IT IS HEREBY ORDERED** that the dates previously scheduled by this

19  Court are hereby abrogated, and the dates in this matter, as referenced above, are

20  continued and scheduled as follows:

21      a.   Motion Filing Cut-Off:         March 17, 2006.

22      b.   Pre-Trial Conference:          March 31, 2006, at 10:00 a.m.

23      c.   Trial:                         June 27, 2006, at 9:00 a.m.

24

25  Dated: November 18, 2005

26                                      _____
                                        WILLIAM B. SHUBB
27                                      UNITED STATES DISTRICT JUDGE

28