1  LINDA M. LAWSON (Bar No. 77130)
   llawson@mmhllp.com
2  CATHERINE V. PERRY (Bar No. 222361)
   cperry@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   UNION SECURITY INSURANCE COMPANY,
7  formerly known as FORTIS BENEFITS
   INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA M. PERRY, | Case No. 02:05-CV-00822-WBS (DAD) |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| FORTIS BENEFITS INSURANCE COMPANY; GROUP LONG TERM DISABILITY INSURANCE PLAN OF BJ JORDAN CHILD CARE PROGRAMS, INC., | Judge:  Hon. William B. Shubb |
| | Complaint Filed:  April 26, 2005 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff LYNDA M. PERRY and Defendant UNION SECURITY INSURANCE COMPANY, formerly known as FORTIS BENEFITS INSURANCE COMPANY, by and through their respective attorneys of record, that the parties agree to dismiss this action in its entirety, with prejudice as to all defendants, pursuant to Federal Rules of Civil Procedure, Rule 41(a).  Each party shall bear its own attorneys' fees and costs in this matter.

The parties seek the Court's approval of dismissal of this action with prejudice.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated:  February _____, 2006

MESERVE, MUMPER & HUGHES LLP
LINDA M. LAWSON
CATHERINE V. PERRY

By: _____
Catherine V. Perry
Attorneys for Defendant
UNION SECURITY INSURANCE COMPANY, formerly known as FORTIS BENEFITS INSURANCE COMPANY

Dated:  February _____, 2006

SHERNOFF BIDART & DARRAS LLP
FRANK N. DARRAS
MICHAEL B. HORROW

By: _____
Michael B. Horrow
Attorneys for Plaintiff
LYNDA M. PERRY

## **ORDER**

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. 02:05-CV-00822-WBS (DAD), is dismissed in its entirety as to all defendants, with prejudice; and **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated:  March 28, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE